(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ONCO Investment Company** | Name of Joint Debtor (Spouse) (Last, First Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): **See Attached** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**34-1888339** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1001 Lakeside Avenue, 15th Floor**<br>**Cleveland, Ohio  44114** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:  **Cuyahoga** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above):   **See Attached** |
|---|

### Information Regarding the Debtor  (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**The Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7    ☒ Chapter 11    ☐ Chapter 13 |
| ☒ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 – Case ancillary to foreign proceeding |
| ☐ Other _____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ☐ Consumer/Non-Business | ☒ Business | ☒ Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only)
   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

| **Statistical/Administrative Information** (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-299 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,000 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,000 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

CLI-1109249v5

(Official Form 1) (12/03)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**ONCO Investment Company, a Delaware corporation** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **N/A** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **See Attached** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## SIGNATURES

| **Signature(s) of Debtor(s) (Individual/Joint)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition. |
|---|---|

**Exhibit B**
(To be completed if debtor is an individual
whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)        Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

Daniel J. DeFranceschi, Esq.       David G. Heiman, Esq.
Paul N. Heath, Esq.                Heather Lennox, Esq.
Richards, Layton & Finger, P.A.    Jones Day
One Rodney Square North            North Point
Wilmington, DE 19899               901 Lakeside Avenue
Telephone: (302) 651-4541          Cleveland, OH 44114
                                   Telephone: (216) 586-3939

**February 23, 2004**
Date

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Rochelle F. Walk**
Printed Name of Authorized Individual

**Vice President and Secretary**
Title of Authorized Individual

**February 23, 2004**
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

CLI-1109249v5

## ATTACHMENTS TO VOLUNTARY PETITION

A.  All Other Names Used by the Debtor in the Last 6 years (Including Trade Names)

   **N/A**

B.  Location of Principal Assets of Business Debtor (if different from street address):

   **N/A**

C.  Pending Bankruptcy Cases Filed by Affiliates of the Debtor:

   On February, 23 2004, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), filed a petition in this Court for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1330. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only.

1.  Oglebay Norton Company
2.  Erie Navigation Company
3.  Erie Sand Steamship Company
4.  Erie Sand and Gravel Company
5.  GS Lime Company
6.  GS PC, Inc.
7.  Global Stone Chemstone Corporation
8.  Global Stone Corporation
9.  Global Stone Filler Products, Inc.
10. Global Stone James River, Inc.
11. Global Stone Management Company
12. Global Stone PenRoc, LP
13. Global Stone Portage, LLC
14. Global Stone St. Clair, Inc.
15. Global Stone Tenn Luttrell Company
16. Michigan Limestone Operations, Inc.
17. Mountfort Terminal Ltd.
18. ON Marine Services Company
19. ONMS Management Company, LLC
20. ONTEX, Inc.
21. Oglebay Norton Engineered Materials, Inc.
22. Oglebay Norton Industrial Sands, Inc.
23. Oglebay Norton Management Company
24. Oglebay Norton Marine Management Company, L.L.C.
25. Oglebay Norton Marine Services Company, L.L.C.
26. Oglebay Norton Minerals, Inc.
27. Oglebay Norton Specialty Minerals, Inc.
28. Oglebay Norton Terminals, Inc.
29. On Coast Petroleum Company
30. Onco WVA, Inc.
31. Saginaw Mining Company
32. Texas Mining, LP

ONCO INVESTMENT COMPANY
(a Delaware corporation)

ACTION BY UNANIMOUS WRITTEN CONSENT OF THE DIRECTORS
OF ONCO INVESTMENT COMPANY

The undersigned, being all of the directors of ONCO Investment Company, a Delaware corporation (the "Corporation"), do hereby authorize, consent and agree to the adoption of the following resolutions:

"RESOLVED, that the Corporation shall be, and hereby is, authorized to: (a) file a voluntary petition (the "Petition") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware or such other court as the appropriate officer or officers of the Corporation shall determine to be appropriate (the "Bankruptcy Court"); (b) if circumstances arise making it necessary or convenient, either (i) consent to the entry of an order for relief in an involuntarily commenced chapter 11 case, (ii) consent to the entry of an order for relief and convert an involuntarily commenced chapter 7 case to a case under chapter 11 of the Bankruptcy Code or (iii) seek or consent to the appointment of a trustee in a chapter 11 case; and (c) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

"FURTHER RESOLVED, that the chairman, the president, the chief executive officer, the chief financial officer, the general counsel, any vice president, the treasurer, the secretary and any assistant secretary of the Corporation (collectively, the "Designated Officers") shall be, and each of them, acting alone, hereby is, authorized, directed and empowered on behalf of and in the name of the Corporation to: (a) execute and verify the Petition and all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as any such Designated Officer, in such officer's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (such approval to be conclusively established by the execution thereof by such Designated Officer); (b) execute (i) a consent to the entry of an order for relief in an involuntarily commenced chapter 11 case, if any, or (ii) a request for conversion of an involuntarily commenced chapter 7 case, if any, to a case under chapter 11 of the Bankruptcy Code; (c) execute, verify and file or cause to be filed all petitions, schedules, statements, lists, motions, applications and other papers or documents (including debtor in possession loan agreements) necessary or desirable in connection with the foregoing; and (d) execute and verify any and all other documents necessary or appropriate in connection therewith or to administer the Corporation's chapter 11 case in such form or forms as any such Designated Officer may approve;

"FURTHER RESOLVED, that the Designated Officers shall be, and each of them hereby is, authorized, directed and empowered to retain, on behalf of the Corporation: (a) Cobblestone Advisors; (b) Covington & Burling; (c) Edward Howard & Co.; (d) Ernst & Young LLP; (e) Jones Day; (f) Lazard Frères & Co. LLC; (g) Mercer Human Resource Consulting, Inc.; (h) Richards, Layton & Finger, P.A.; (i) Thompson Hine LLP; (j) The Trumbull Group, L.L.C.; and (k) such additional professionals, including attorneys, accountants, financial advisors, investment bankers, consultants or brokers, in each case as in such officer's or officers' judgment may be necessary in connection with the Corporation's chapter 11 case and other related matters, on such terms as such officer or officers shall approve;

"FURTHER RESOLVED, that the law firms of (a) Covington & Burling; (b) Jones Day; (c) Thompson Hine LLP; (d) Richards, Layton & Finger, P.A.; and (e) any additional special or local counsel selected by the Designated Officers, if any, shall be, and hereby are, authorized, empowered and directed to represent the Corporation, as debtor and debtor in possession, in connection with any chapter 11 case commenced by or against it under the Bankruptcy Code;

"FURTHER RESOLVED, that the Corporation, as debtor and debtor in possession under chapter 11 of the Bankruptcy Code, shall be, and hereby is, authorized to: (a) borrow funds from, provide guaranties to and undertake related financing transactions (collectively, the "Financing Transactions") with such lenders and on such terms as may be approved by any one or more of the Designated Officers, as reasonably necessary for the continuing conduct of the affairs of the Corporation; and (b) pay related fees and grant security interests in and liens upon some, all or substantially all of the Corporation's assets, as may be deemed necessary by any one or more of the Designated Officers in connection with such borrowings;

"FURTHER RESOLVED, that: (a) the Designated Officers shall be, and each of them, acting alone, hereby is, authorized, directed and empowered in the name of, and on behalf of, the Corporation, as debtor and debtor in possession, to take such actions and execute and deliver such agreements, certificates, instruments, guaranties, notices and any and all other documents as the Designated Officers may deem necessary or appropriate to facilitate the Financing Transactions (collectively, the "Financing Documents"); (b) Financing Documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Designated Officers are approved; and (c) the actions of any Designated Officer taken pursuant to this resolution, including the execution and delivery of all agreements, certificates, instruments, guaranties, notices and other documents, shall be conclusive evidence of the approval thereof by such officer and by the Corporation;

"FURTHER RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Designated Officers, each of the officers of the Corporation or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of and on behalf of the Corporation, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer's or officers' judgment shall be necessary or desirable in order fully to carry out the intent and accomplish the purposes of the resolutions adopted herein;

"FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by any officer or officers of the Corporation in connection with the implementation of these resolutions are hereby in all respects ratified, confirmed and approved; and

"FURTHER RESOLVED, that each secretary and any assistant secretary of the Corporation is hereby authorized to certify and deliver, to any person to whom such certification and delivery may be deemed necessary or appropriate in the opinion of such secretary or assistant secretary, a true copy of the foregoing resolutions."

DATED this 22nd day of February, 2004.

_____
Julie A. Boland
Director

_____
Michael D. Lundin
Director

_____
Rochelle F. Walk
Director

STATE OF DELAWARE            )
                             ) SS:
COUNTY OF NEW CASTLE         )


   I, Rochelle F. Walk, do hereby certify that I am Vice President and Secretary of ONCO Investment Company, a corporation organized and existing under and by virtue of the laws of Delaware. I do further certify that the foregoing is a true, full and correct copy of a resolution duly adopted by unanimous written consent of the Board of Directors of said corporation as of February 22, 2004, in accordance with applicable law.

   I do further certify that said resolution has not been altered, amended or repealed and is now in full force and effect.

   IN WITNESS WHEREOF, I have hereunto subscribed my name this 22nd day of February, 2004.

        ONCO INVESTMENT COMPANY,
        a Delaware corporation


        _____
        Rochelle F. Walk



Subscribed and sworn to before me,
this 23rd day of February, 2004.


_____
Notary Public

  BARBARA J. WITTERS
 Notary Public - State of Delaware
 My Comm. Expires Mar. 13, 2005

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **ONCO INVESTMENT COMPANY,** | : | |
| **a Delaware corporation,** | : | **Case No. 04-_____  (____)** |
| | : | |
| **Debtor.** | : | |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 50 LARGEST UNSECURED CLAIMS

The debtor in this chapter 11 case and certain affiliated entities (collectively, the "Debtors") each filed a petition in this Court on February 23, 2004 for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1330.  Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting, among other things, authority to file a consolidated list of the 50 largest unsecured creditors of the Debtors (the "Top 50 List") in lieu of a separate list for each Debtor.  The Top 50 List is based on the Debtors' books and records as of approximately February 19, 2004 and was prepared in accordance with Federal Rule of Bankruptcy Procedure 1007(d) for filing in the Debtors' chapter 11 cases.  The Top 50 List does not include:  (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 50 largest unsecured claims.  The information presented in the Top 50 List shall not constitute an admission by, nor is it binding on, the Debtors.

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Amount of claim (if secured, also state value of security) |
|---|---|---|---|
| Wells Fargo Bank Minnesota, N.A.<br>Wells Fargo Center<br>MAC N9303<br>Sixth Street and Marquette Avenue<br>Minneapolis, Minnesota  55479<br>Attn:  Corporate Trust Services | Julie Becker, Corporate Trust Officer<br>T: 612-667-9825<br>F:  612-667-2160 | Unsecured Notes | $100,000,000 |
| Ingalls & Snyder Value Partners L.P.<br>61 Broadway<br>New York, New York | Thomas O. Boucher, Jr.<br>T: 212-269-7800<br>F:  212-269-7893 | Unsecured Notes | $25,000,000 |
| Pacholder Associates<br>8044 Montgomery Road, Suite 480<br>Cincinnati, Ohio  45236 | Chad Engelbert, Vice President<br>T: 513-985-3200<br>F:  513-985-3217 | Unsecured Notes | $7,491,000 |
| Berlin Financial Ltd.<br>23811 Chagrin Boulevard, Suite 275<br>Beachwood, Ohio  44122 | Thomas G. Berlin<br>T: 216-595-3333<br>F:  216-514-3344 | Unsecured Notes | $7,120,000 |
| One Group High Yield Bond Fund<br>1111 Polaris Pkwy., Ste. B2<br>Columbus, Ohio  43240 | Dave J. Cundert<br>T: 614-213-6678<br>F:  614-213-8850 | Unsecured Notes | $4,250,000 |

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Amount of claim (if secured, also state value of security) |
|---|---|---|---|
| Airlie Opportunity Fund Cayman, L.P.<br>115 East Putnam Avenue<br>Greenwich, Connecticut 06830 | Dort Cameron<br>T: 203-661-6200<br>F: 203 661 0479 | Unsecured Notes | $3,705,000 |
| Kent Rhude<br>605 W. 37th<br>Hibbing, Minnesota 55746 | James Rhude, Sellers' Representative<br>Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota 55746<br>T: 218-262-1023<br>F: 218-262-2905 | Interest<br>Purchase Agreement | $2,436,125 |
| Pacholder High Yield Fund, Inc.<br>8044 Montgomery Road, Suite 480<br>Cincinnati, Ohio 45236 | Chad Engelbert, Vice President<br>T: 513-985-3200<br>F: 513-985-3217 | Unsecured Notes | $2,250,000 |
| Toledo Shiprepair Co.<br>2245 Front St.<br>Toledo, Ohio 43605 | Michael Lengel, VP & GM<br>T: 419-698-8081<br>F: 419-693-9066 | Trade | $1,100,000 |
| Airlie Opportunity Fund Cayman LTD<br>115 East Putnam Avenue<br>Greenwich, Connecticut 06830 | Dort Cameron<br>T: 203-661-6200<br>F: 203 661 0479 | Unsecured Notes | $1,045,000 |
| Cleveland Shiprepair Co.<br>1847 Columbus Road Rear<br>Cleveland, Ohio 44113 | Shawn Collins, Manager<br>T: 216-621-9111<br>F: 216-621-4885 | Trade | $1,000,000 |
| John A. Roselli<br>7565 Woodspring Ln<br>Hudson, OH 44236-1852 | James Rhude, Sellers' Representative<br>Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota 55746<br>T: 218-262-1023<br>F: 218-262-2905 | Interest<br>Purchase Agreement | $771,629 |
| Clutterbuck Investor Group<br>18500 Lake Road, Suite 400<br>Rocky River, Ohio 441116 | Robert T. Clutterbuck<br>T: 440-331-2500<br>F: 440 356 5259 | Unsecured Notes | $655,000 |
| Sally Rhude Trust<br>c/o James Rhude, Sellers' Representative<br>Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota 55746 | James Rhude, Sellers' Representative<br>Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota 55746<br>T: 218-262-1023<br>F: 218-262-2905 | Interest<br>Purchase Agreement | $635,119.38 |
| Rana Rhude Trust<br>c/o James Rhude, Sellers' Representative<br>Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota 55746 | James Rhude, Sellers' Representative<br>Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota 55746<br>T: 218-262-1023<br>F: 218-262-2905 | Interest<br>Purchase Agreement | $635,119.38 |
| H Hansen Industries<br>2824 Summit St.<br>Toledo, Ohio 43611 | Tony La Mantia, President<br>T: 419-729-1621<br>F: 419-729-0715 | Trade | $600,000 |
| Robert Ross Sr.<br>230 Pleasant Valley Rd.<br>Hibbing, Minnesota 55746 | James Rhude, Sellers' Representative<br>Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota 55746<br>T: 218-262-1023<br>F: 218-262-2905 | Interest<br>Purchase Agreement | $514,426.50 |
| One Group Income Bond Fund<br>1111 Polaris Pkwy., Ste. B2<br>Columbus, OH 43240 | Dave J. Cundert<br>T: 614-213-6678<br>F: 614-213-8850 | Unsecured Notes | $500,000 |

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Amount of claim (if secured, also state value of security) |
|---|---|---|---|
| Kent Rhude Trust<br>c/o James Rhude, Sellers' Representative<br>Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota  55746 | James Rhude, Sellers' Representative<br>Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota  55746<br>T: 218-262-1023<br>F: 218-262-2905 | Interest<br>Purchase Agreement | $470,458.80 |
| Cary Rhude Trust<br>c/o James Rhude, Sellers' Representative<br>Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota  55746 | James Rhude, Sellers' Representative<br>Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota  55746<br>T: 218-262-1023<br>F: 218-262-2905 | Interest<br>Purchase Agreement | $470,458.80 |
| John T. Roselli<br>c/o James Rhude, Sellers' Representative<br>Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota  55746 | James Rhude, Sellers' Representative<br>Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota  55746<br>T: 218-262-1023<br>F: 218-262-2905 | Interest<br>Purchase Agreement | $428,688.75 |
| Patrick Roselli<br>c/o James Rhude, Sellers' Representative<br>Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota  55746 | James Rhude, Sellers' Representative<br>Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota  55746<br>T: 218-262-1023<br>F: 218-262-2905 | Interest<br>Purchase Agreement | $428,688.75 |
| Bay Shipbuilding Co.<br>Manitowoc Marine Group<br>605 North Third Ave.<br>P.O. Box 830<br>Sturgeon Bay, Wisconsin  54235 | Pat O'Hern, VP & GM<br>T: 920-746-3238<br>F: 920-743-2371 | Trade | $400,000 |
| P.W. Frey<br>257 East Market Street<br>York, Pennsylvania  17403 | Thomas Moore Lawson, Esq.<br>Lawson & Silek, PLC<br>20 South Cameron Street. Suite 301<br>Winchester, Virginia  22601<br>T: 540-665-0050<br>F: 540-722-4051 | Consulting/Non-competition Agreement | $350,000 |
| W.S. Frey<br>257 East Market Street<br>York, Pennsylvania  17403 | Thomas Moore Lawson, Esq.<br>Lawson & Silek, PLC<br>20 South Cameron Street. Suite 301<br>Winchester, Virginia  22601<br>T: 540-665-0050<br>F: 540-722-4051 | Consulting/Non-competition Agreement | $350,000 |
| Cary Rhude<br>c/o James Rhude, Sellers' Representative<br>Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota  55746 | James Rhude, Sellers' Representative<br>Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota  55746<br>T: 218-262-1023<br>F: 218-262-2905 | Interest<br>Purchase Agreement | $329,321.16 |
| Rana Rhude<br>c/o James Rhude, Sellers' Representative<br>Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota  55746 | James Rhude, Sellers' Representative<br>Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota  55746<br>T: 218-262-1023<br>F: 218-262-2905 | Interest<br>Purchase Agreement | $329,321.16 |

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Amount of claim (if secured, also state value of security) |
|---|---|---|---|
| Sally Rhude<br>c/o James Rhude, Sellers' Representative<br>Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota  55746 | James Rhude, Sellers' Representative<br>Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota  55746<br>T: 218-262-1023<br>F: 218-262-2905 | Interest<br>Purchase Agreement | $329,321.16 |
| Marine Systems, Inc.<br>3801 Clarks River Rd.<br>Paducah, Kentucky  42001 | Michael Hawkins, Sales Manager<br>T: 270-443-8900<br>F: 270-443-8902 | Trade | $300,000 |
| Norfolk Southern Corporation<br>110 Franklin Road, SE<br>Roanoke, Virginian  24042-0041 | James M. McNabb, Jr, Director of<br>Marketing<br>T: 540-985-6040<br>F: 540-981-5859 | Trade | $250,516.72 |
| Linda Ross<br>c/o James Rhude, Sellers' Representative<br>Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota  55746 | James Rhude, Sellers' Representative<br>Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota  55746<br>T: 218-262-1023<br>F: 218-262-2905 | Interest<br>Purchase Agreement | $228,633.96 |
| Robert Ross Jr.<br>c/o James Rhude, Sellers' Representative<br>Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota  55746 | James Rhude, Sellers' Representative<br>Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota  55746<br>T: 218-262-1023<br>F: 218-262-2905 | Interest<br>Purchase Agreement | $228,633.96 |
| Dale (Ross) Graham<br>c/o James Rhude, Sellers' Representative<br>Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota  55746 | James Rhude, Sellers' Representative<br>Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota  55746<br>T: 218-262-1023<br>F: 218-262-2905 | Interest<br>Purchase Agreement | $228,633.96 |
| Robin Ross<br>c/o James Rhude, Sellers' Representative<br>Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota  55746 | James Rhude, Sellers' Representative<br>Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota  55746<br>T: 218-262-1023<br>F: 218-262-2905 | Interest<br>Purchase Agreement | $228,633.96 |
| Charles Ross<br>c/o James Rhude, Sellers' Representative<br>Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota  55746 | James Rhude, Sellers' Representative<br>Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota  55746<br>T: 218-262-1023<br>F: 218-262-2905 | Interest<br>Purchase Agreement | $228,633.96 |
| U.S. Filter Recovery Services<br>2430 Rose Place<br>Roseville, Minnesota 55113 | Legal Department<br>T: 651-638-1300<br>F: 651-633-5074 | Trade | $221,731.02 |
| Oldcastle Stone Products<br>P.O. Box 403251<br>Atlanta, Georgia  30384-3251 | Legal Department<br>110 Marble St.<br>Lee, Massachusetts  01238<br>T: 413-243-0053<br>F: | Trade | $209,529.07 |
| Farrell Cooper Mining Company<br>6001 Zero St.<br>Fort Smith, Arkansas 72903 | Legal Department<br>T: 479-646-4366<br>F: | Trade | $206,440.39 |

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Amount of claim (if secured, also state value of security) |
|---|---|---|---|
| Grace Jones<br>Mueller Twp Treasurer<br>2015W US Highway 2<br>Gulliver, Michigan 49840 | Mueller Township Treasurer<br>T: 906-283-3179<br>F: | Trade | $200,690.82 |
| Ohio CAT, Power Systems Division<br>900 Ken-Mar Industrial Parkway<br>Broadview Heights, Ohio 44147 | Paul Natemeier, Sales Representative<br>T: 800-637-5000<br>F: 440-526-4609 | Trade | $200,000 |
| Knoxville Utility Board<br>445 Gay Street<br>Knoxville, Tennessee 37902 | Legal Department<br>4505 Middle Brook Park<br>Knoxville, Tennessee 37921<br>T: 865-558-2166<br>F: 423-558-2168 | Utility | $178,065.23 |
| Harbison Walker<br>600 Grant Street, 50th Floor<br>Pittsburgh, Pennsylvania 15222 | Legal Department<br>T: 412-562-6307<br>F: 412-562-6234 | Trade | $176,597.76 |
| Inland Detroit Diesel Allison<br>13015 West Custer Avenue<br>Butler, Wisconsin 53007-0500 | Legal Department<br>T: 800-236-6667<br>F: 262-781-0357 | Trade | $142,531.90 |
| Susan (Ross) Simard<br>c/o James Rhude, Sellers' Representative Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota 55746 | James Rhude, Sellers' Representative Associates, Inc.<br>605 W. 37th<br>Hibbing, Minnesota 55746<br>T: 218-262-1023<br>F: 218-262-2905 | Interest<br>Purchase Agreement | $142,896.28 |
| Quinn Shepherd Rental Services<br>2425 Kella Ave<br>Whittier, CA 90601-1531 | Credit Department<br>T: 562-463-4050<br>F: | Trade | $137,510.63 |
| Bulkmatic Transport Co.<br>2001 North Cline Avenue<br>Griffith, Indiana 46319 | Legal Department<br>T: 219-972-7630<br>F: 219-972-7655 | Trade | $137,431.96 |
| Norfolk and Southern Railway Co.<br>99 Spring Street, SW<br>Atlanta, Georgia 30303 | Norfolk Southern<br>185 Spring Street<br>Atlanta, Georgia 30303<br>T: 404-529-1290<br>F: | Trade | $133,167.72 |
| Rogers Township<br>Thomas Radka, Treasurer<br>1660 Heythaler Highway<br>Rogers City, Michigan 49779 | Thomas Radka<br>T: 989-734-4221<br>F: | Trade | $131,308.86 |
| Telsmith Inc.<br>101910 N. Industrial Drive<br>Mequon, Wisconsin 53092 | Legal Department<br>T: 262-242-6600<br>F: 262-242-5812 | Trade | $120,692.80 |
| Derrick Corporation<br>590 Duke Road<br>Buffalo, New York 14225 | Legal Department<br>T: 716-683-9010<br>F: 716-683-4991 | Trade | $115,725.27 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **ONCO INVESTMENT COMPANY,** | : | |
| **a Delaware corporation,** | : | **Case No. 04-_____  (____)** |
| | : | |
| **Debtor.** | : | |

## DECLARATION REGARDING CONSOLIDATED LIST OF
## CREDITORS HOLDING 50 LARGEST UNSECURED CLAIMS

     I, Rochelle F. Walk, Vice President and Secretary of the corporation named as the debtor in this case, declare under penalty of perjury that I have reviewed the foregoing "Consolidated List of Creditors Holding 50 Largest Unsecured Claims" and that it is true and correct to the best of my knowledge, information and belief.

Date:  February 23, 2004       Signature  _____

                                     Rochelle F. Walk
                                     Vice President and Secretary

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **ONCO INVESTMENT COMPANY,** | : | |
| **a Delaware corporation,** | : | **Case No. 04-_____ (_____)** |
| | : | |
| **Debtor.** | : | |

## CONSOLIDATED LIST OF CREDITORS

   The debtor in this chapter 11 case and certain affiliated entities (collectively, the "Debtors") each filed a petition in this Court on February 23, 2004 for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1330.  Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting, among other things, authority to file a single consolidated list of creditors of the Debtors, without claim amounts (the "Consolidated Creditor List"), in lieu of a separate list for each Debtor.  In accordance with Rule 1007-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Consolidated Creditor List is being submitted to the Court electronically along with this petition.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **ONCO INVESTMENT COMPANY,** | : | |
| **a Delaware corporation,** | : | **Case No. 04-_____  (____)** |
| | : | |
| **Debtor.** | : | |

### DECLARATION REGARDING CONSOLIDATED LIST OF CREDITORS

I, Rochelle F. Walk, Vice President and Secretary of the corporation named as the debtor in this case, declare under penalty of perjury that I have reviewed the "Consolidated List of Creditors" submitted herewith and that it is true and correct to the best of my knowledge, information and belief.

Date:  February 23, 2004          Signature  _____

                                               Rochelle F. Walk
                                               Vice President and Secretary

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

In re:                              :
                                    :   **Chapter 11**
**ONCO INVESTMENT COMPANY,**        :
**a Delaware corporation,**         :   **Case No. 04-_____ (____)**
                                    :
               **Debtor.**          :

## LIST OF EQUITY SECURITY HOLDERS

**Oglebay Norton Company**
**1001 Lakeside Avenue, 15th Floor**
**Cleveland, Ohio  44114**

CLI-1109249v5

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | :    **Chapter 11** |
| **ONCO INVESTMENT COMPANY,** | : |
| **a Delaware corporation,** | :    **Case No. 04-_____ (____)** |
| | : |
| Debtor. | : |

## DECLARATION REGARDING LIST OF EQUITY SECURITY HOLDERS

       I, Rochelle F. Walk, Vice President and Secretary of the corporation named as the debtor in this case, declare under penalty of perjury that I have reviewed the "List of Equity Security Holders" submitted herewith and that it is true and correct to the best of my knowledge, information and belief.

Date:  February 23, 2004      Signature  _____

                                    Rochelle F. Walk
                                    Vice President and Secretary

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

CLI-1109249v5