**ORIGINAL**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                          :
                                                :       **Chapter 11**
ONCO INVESTMENT COMPANY,                         :
a Delaware corporation, et al.,                  :       Jointly Administered
                                                :       Case No. 04-10558 (JBR)
                        Debtors.                 :
                                                :
                                                        Re: Docket Nos. 23 & 61

**ORDER EXTENDING INTERIM ORDER (I) AUTHORIZING THE DEBTORS TO
(A) OBTAIN POSTPETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105,
361, 362, 363, 364(c)(1), 364(c)(2), 364(c)(3) AND 364(d)(1); AND (B) UTILIZE
CASH COLLATERAL PURSUANT TO 11 U.S.C. §§ 105, 361, 362 AND 363;
(II) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED LENDERS
PURSUANT TO 11 U.S.C. §§ 105, 361, 362 AND 363; AND (III) SCHEDULING
FINAL HEARING PURSUANT TO BANKRUPTCY RULES 4001(c) AND 9014**

This matter coming before the Court upon the Motion of the Debtors and Debtors

in Possession (the "Debtors") for Interim and Final Orders (I) Authorizing Debtors to (A) Obtain

Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364(c)(1), 364(c)(2), 364

(c)(3) and 364(d)(1), (B) Utilize Cash Collateral and Other Collateral Pursuant to 11 U.S.C. §§

105, 361, 362, 363, And (II) Granting Adequate Protection to Pre-Petition Secured Lenders

Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364 and (III) Scheduling Final Hearing

Pursuant to Bankruptcy Rule 4001(c) and 9014 (Docket No. 23), filed on February 23, 2004

(the "Motion")[1], the Court having entered the Interim Order on February 25, 2004 (Docket No.

61) (the "Interim Order"); the Debtors, the DIP Lenders, the Prepetition Secured Lenders, the

statutory committee of unsecured creditors (the "Official Committee"), and the ad hoc committee

of Senior Secured Noteholders (the "Mezzanine Ad Hoc Committee") having agreed that (i) the

Final Hearing, previously scheduled for March 22, 2004 (the "Final Hearing") should be

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

NYI-2122054v3
RLF1-2719655-1

adjourned for a period of time in order that the parties may attempt to resolve certain open issues among them and (ii) the period during which the Debtors may borrow under the DIP Facility and use Cash Collateral to fund their operations on an interim basis under the terms and conditions set forth in the Interim Order would be extended through and including the Adjourned Final Hearing Date (as such term is defined below) to accommodate the foregoing agreement to adjourn the Final Hearing; and the Court (i) having reviewed the Motion and all pleadings relating thereto and (ii) having heard the statements of counsel regarding the relief granted hereby; and after due deliberation and good and sufficient cause appearing therefor,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.    The Final Hearing is adjourned and scheduled to be conducted on April 7, 2004 at 1:00 p.m. (Eastern Time) (the "Adjourned Final Hearing Date") in the courtroom of the Honorable Bankruptcy Judge Joel B. Rosenthal, United States Bankruptcy Court for the District of Massachusetts, Donahue Federal Building, 595 Main Street, Room 211, Worcester, MA 01608.

2.    The Debtors' authority to borrow under the DIP Facility and to use Cash Collateral on the terms and subject to the conditions of the Interim Order hereby is extended through and including the Adjourned Final Hearing Date.

3.    The Interim Order shall remain in full force and effect, and the DIP Lenders and the Prepetition Secured Lenders shall be entitled to all of the rights and protections provided thereunder through and including the Adjourned Final Hearing Date.

4.    The Debtors shall promptly serve a notice of the Adjourned Final Hearing Date on the United States Trustee, counsel to the Official Committee, current counsel to the Mezzanine Ad Hoc Committee, counsel to the DIP Lenders, counsel to the Prepetition Secured

Lenders, any parties that have objected to the final grant of the relief requested in the Motion and any other parties that have filed requests for notices in these cases.

Dated: March 22, 2004

THE HONORABLE JOEL B. ROSENTHAL
UNITED STATES BANKRUPTCY JUDGE