IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| ONCO INVESTMENT COMPANY, | : Jointly Administered |
| a Delaware corporation, et al., | : Case No. 04-10558 (JBR) |
| | : |
| Debtors. | : |

**_Denying_ ORDER COMPELLING THE DEBTORS TO IMMEDIATELY ASSUME OR REJECT ITS CONTRACT WITH ENLINE ENERGY SOLUTIONS, LLC PURSUANT TO SECTION 365(d)(2) OF THE BANKRUPTCY CODE OR, IN THE ALTERNATIVE, GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(d)(1) TO ALLOW ENLINE TO TERMINATE ITS CONTRACT WITH DEBTORS**

[Handwritten insertion in title: "Denying Motion of Enline Energy Solutions, LLC For An"]

Upon consideration of the Motion Compelling Debtors to Immediately Assume or Reject an Executory Contract Pursuant to 11 U.S.C. § 365(d)(2) or, in the Alternative, Granting Relief from the Automatic Stay to Terminate the Executory Contract for "Cause" Pursuant to 11 U.S.C. § 362(d)(1) (the "Motion") of EnLine Energy Solutions, LLC ("EnLine"); and,

Upon consideration of any and all objections and/or responses that were filed in opposition to the Motion; and,

Notice of the Motion being adequate and sufficient; and,

After due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED that the Motion is ~~GRANTED~~ **DENIED**; and

~~IT IS FURTHER ORDERED that the Debtors are hereby directed to file with this Court and serve upon the appropriate parties a Motion that seeks this Court's approval of the Debtors' assumption or rejection of its Contract with EnLine within ten (10) days of the date hereof; or,~~

~~ORDERED that the automatic stay of 11 U.S.C. § 362 is hereby lifted so as to allow EnLine to terminate its Contract with the Debtors pursuant to the terms of the Contract.~~

*Joel B. Rosenthal*
The Honorable Joel B. Rosenthal
U.S. Bankruptcy Court Judge

DATE: **April 28, 2004**