UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | **Chapter 11** |
| **ONCO INVESTMENT COMPANY,** | : | |
| **a Delaware corporation, et al.,** | : | **Jointly Administered** |
| | : | **Case No. 04-10558 (JBR)** |
| Debtors. | : | |

**STIPULATION AND ORDER REGARDING FINAL ORDER (I) AUTHORIZING
DEBTORS TO (A) OBTAIN POSTPETITION FINANCING PURSUANT TO
11 U.S.C. SECTIONS 105, 361, 362, 363, 364(C)(1), 364(C)(3) AND 364(D)(1); AND
(B) UTILIZE CASH COLLATERAL PURSUANT TO 11 U.S.C. SECTIONS 105, 361,
362 AND 363; AND (II) GRANTING ADEQUATE PROTECTION TO PREPETITION
SECURED LENDERS PURSUANT TO 11 U.S.C. SECTIONS 105, 361, 362 AND 363**

## Recitals

A.      On February 23, 2004 (the "Petition Date"), the above-captioned debtors

and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under

chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"). By an

order entered on the Petition Date, the Debtors' chapter 11 cases have been consolidated for

procedural purposes only and are being administered jointly.

B.      On April 8, 2004, the Court entered the Final Order (I) Authorizing

Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. Sections 105, 361, 362, 363,

364(c)(1), 364(c)(3) and 364(d)(1); and (B) Utilize Cash Collateral Pursuant to 11 U.S.C.

Sections 105, 361, 362 and 363; and (II) Granting Adequate Protection to Prepetition Secured

Lenders Pursuant to 11 U.S.C. Sections 105, 361, 362 and 363 (D.I. 365) (the "Final DIP

Order").

C.      Capitalized terms not defined herein have the meanings given to them in

the Final DIP Order.

D.    Paragraph 40(i) of the Final DIP Order provided as follows:

> any of the Debtors shall fail to comply with the terms of this Final Order solely as it relates to the Existing Lenders, except for any requirement of prompt notice, prompt service of documents or any of the reporting requirements set forth in paragraph 38 hereof;

E.    Subsequent to the entry of the Final DIP Order, the DIP Lenders determined that the cross-reference in paragraph 40(i) of the Final DIP Order to paragraph 38 of the Final DIP Order was incorrect.

F.    The first sentence of paragraph 20 of the Final DIP Order provided as follows:

> Except as otherwise provided in this Final Order, including, without limitation, in the next succeeding sentence of this paragraph 18, the Debtors and the Existing Lenders are hereby authorized and directed to remit to the DIP Lenders or the Agents, as the case may be, one-hundred percent (100%) of all collections on, and proceeds of, the Collateral (subject to the satisfaction of any liens and security interests in such Collateral described particularly in the DIP Loan Agreement and herein as being senior to the liens and security interests of the DIP Lenders and the Agents), including all accounts receivable collections, proceeds of sales of inventory, fixed assets and any other assets, including sales in and outside of the ordinary course of business, and all other cash or cash equivalents which shall at any time on or after the Petition Date come into the possession or control of the Debtors, or to which Debtors shall become entitled at any time.

G.    Subsequent to the entry of the Final DIP Order, the Existing Lenders determined that the reference in the first sentence of paragraph 20 of the Final DIP Order to paragraph 18 of the Final DIP Order was incorrect.

H.    Accordingly, the Debtors, the Committee, the DIP Lenders, the Existing Lenders and the Ad Hoc Committee of Senior Secured Noteholders have agreed to correct these errors on the terms set forth in this Stipulation and Order, as indicated by the signatures of their respective authorized representatives below.

## Agreement

1.      Paragraph 40(i) of the Final DIP Order is hereby replaced in its entirety

with the following:

> any of the Debtors shall fail to comply with the terms of this Final
> Order solely as it relates to the Existing Lenders, except for any
> requirement of prompt notice, prompt service of documents or any of
> the reporting requirements set forth in paragraph 39 hereof;

2.      The first sentence of paragraph 20 of the Final DIP Order is hereby

replaced in its entirety with the following:

> Except as otherwise provided in this Final Order, including,
> without limitation, in the next succeeding sentence of this
> paragraph 20, the Debtors and the Existing Lenders are hereby
> authorized and directed to remit to the DIP Lenders or the
> Agents, as the case may be, one-hundred percent (100%) of
> all collections on, and proceeds of, the Collateral (subject to
> the satisfaction of any liens and security interests in such
> Collateral described particularly in the DIP Loan Agreement
> and herein as being senior to the liens and security interests of
> the DIP Lenders and the Agents), including all accounts
> receivable collections, proceeds of sales of inventory, fixed
> assets and any other assets, including sales in and outside of
> the ordinary course of business, and all other cash or cash
> equivalents which shall at any time on or after the Petition
> Date come into the possession or control of the Debtors, or to
> which Debtors shall become entitled at any time.

3.      Except as set forth in paragraphs 1 and 2 above, the Final DIP Order shall

not be affected or changed in any manner by this Stipulation and Order.

4.      This Stipulation and Order may be executed in identical counterparts, each

of which when so executed and delivered shall constitute an original, but all of which taken

together shall constitute one and the same instrument.

WHEREFORE, the undersigned counsel have executed this Stipulation and Order on behalf of their respective clients.

Dated: Wilmington, Delaware
April 22, 2004

Daniel J. DeFranceschi (DE 2732)
Paul N. Heath (DE 3704)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700 (Telephone)
(302) 658-6548 (Facsimile)

-and-

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
Carl E. Black (OH 0069479)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-3939 (Telephone)
(216) 579-0212 (Facsimile)

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

Derek C. Abbott (DE 3376)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200 (Telephone)
(302) 658-3989 (Facsimile)

-and-

Wendell H. Adair, Jr.
Christopher R. Donoho, III
A. Victor Glaser
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
(212) 806-5400 (Telephone)

PROPOSED ATTORNEYS FOR
COMMITTEE

_____

Joanne P. Pickney (DE 3344)
BOUCHARD, MARGULES
  & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware  19801-3319
(302) 573-3500 (Telephone)
(302) 573-3501 (Facsimile)

-and-

Leslie A. Plaskon
PAUL, HASTINGS, JANOFSKY
  & WALKER LLP
1055 Washington Boulevard
Stamford, Connecticut  06901
(203) 961-7424 (Telephone)
(203) 674-7624 (Facsimile)

ATTORNEYS FOR GENERAL ELECTRIC
CAPITAL CORPORATION, AS
ADMINISTRATIVE AGENT FOR DIP
LENDERS

_____

Brendan Linchan Shannon (DE 3136)
Edward J. Kosmowski (DE 3849)
YOUNG CONAWAY STARGATT
  & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
(302) 571-6600 (Telephone)
(302) 571-1253 (Facsimile)

-and-

James M. Peck
Andrew R. Gottesman
SCHULTE ROTH & ZABEL, LLP
919 Third Avenue
New York, New York  10022
(212) 756-2000 (Telephone)
(212) 593-5955 (Facsimile)

ATTORNEYS FOR SILVER POINT
FINANCE LLC, AS COLLATERAL AND
SYNDICATION AGENT FOR DIP
LENDERS

Joanne P. Pickney (DE 3344)
BOUCHARD, MARGULES
  & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware  19801-3319
(302) 573-3500 (Telephone)
(302) 573-3501 (Facsimile)

-and-

Leslie A. Plaskon
PAUL, HASTINGS, JANOFSKY
  & WALKER LLP
1055 Washington Boulevard
Stamford, Connecticut  06901
(203) 961-7424 (Telephone)
(203) 674-7624 (Facsimile)

ATTORNEYS FOR GENERAL ELECTRIC
CAPITAL CORPORATION, AS
ADMINISTRATIVE AGENT FOR DIP
LENDERS

Brendan Linehan Shannon (DE 3136)
Edward J. Kosmowski (DE 3849)
YOUNG CONAWAY STARGATT
  & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
(302) 571-6600 (Telephone)
(302) 571-1253 (Facsimile)

-and-

James M. Peck
Andrew R. Gottesman
SCHULTE ROTH & ZABEL, LLP
919 Third Avenue
New York, New York  10022
(212) 756-2000 (Telephone)
(212) 593-5955 (Facsimile)

ATTORNEYS FOR SILVER POINT
FINANCE LLC, AS COLLATERAL AND
SYNDICATION AGENT FOR DIP
LENDERS

_____
Scott D. Cousins (DE 3079)
William E. Chipman, Jr. (DE 3818)
Dennis A. Meloro (DE 4435)
GREENBERG TRAURIG LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, Delaware 19801
(302) 661-7000 (Telephone)

-and-

Howard S. Beltzer
Daniel P. Ginsberg
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200 (Telephone)
(212) 354-8113 (Facsimile)

ATTORNEYS FOR THE EXISTING
LENDERS

_____
David M. Fournier (DE 2812)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, Delaware 19801
(302) 777-6500 (Telephone)

-and-

Bruce Bennett
A. Brent Truitt (admitted in N.Y. and D.C.
only)
HENNIGAN, BENNETT & DORMAN LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
(213) 694-1200 (Telephone)
(213) 694-1234 (Facsimile)

ATTORNEYS FOR AD HOC COMMITTEE
OF SENIOR SECURED NOTEHOLDERS


SO ORDERED THIS 10ᵗʰ DAY OF __May__ __, 2004.

_____
UNITED STATES BANKRUPTCY JUDGE

_____
Scott D. Cousins (DE 3079)
William E. Chipman, Jr. (DE 3818)
Dennis A. Meloro (DE 4435)
GREENBERG TRAURIG LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, Delaware  19801
(302) 661-7000 (Telephone)


-and-


Howard S. Beltzer
Daniel P. Ginsberg
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York  10036-2787
(212) 819-8200 (Telephone)
(212) 354-8113 (Facsimile)


ATTORNEYS FOR THE EXISTING
LENDERS

David M. Fournier (DE 2812)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, Delaware  19801
(302) 777-6500 (Telephone)

-and-

Bruce Bennett
A. Brent Truitt (admitted in N.Y. and D.C.
only)
HENNIGAN, BENNETT & DORMAN LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California  90017
(213) 694-1200 (Telephone)
(213) 694-1234 (Facsimile)

ATTORNEYS FOR AD HOC COMMITTEE
OF SENIOR SECURED NOTEHOLDERS


SO ORDERED THIS ___ DAY OF _____, 2004.



_____
UNITED STATES BANKRUPTCY JUDGE