UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : **Chapter 11** |
| ONCO INVESTMENT COMPANY, | : |
| a Delaware corporation, et al., | : **Jointly Administered** |
| | : **Case No. 04-10558 (JBR)** |
| Debtors. | : |
| | : Re: Docket No. 1535 |

**ORDER GRANTING SECOND EXTENSION OF THE
DEBTORS' EXCLUSIVE PERIODS TO FILE A PLAN OR PLANS
OF REORGANIZATION AND SOLICIT ACCEPTANCES THEREOF**

This matter coming before the Court on the Second Motion of Debtors for an Order Extending Their Exclusive Periods to File a Plan or Plans of Reorganization and Solicit Acceptances Thereof (the "Motion") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); the Court (a) having reviewed the Motion and all pleadings relating thereto and (b) having heard the statements of counsel regarding the relief requested in the Motion at a hearing before the Court (the "Hearing"); the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) notice of the Motion and the Hearing was adequate under the circumstances and (d) cause exists within the meaning of section 1121(d) of the Bankruptcy Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"), for the further extension of the Exclusive Periods (as such term is defined in the Motion) requested in the Motion; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

RLF1-2788240-1

2. Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

3. The Exclusive Filing Period is hereby extended through and including October 20, 2004, pursuant to section 1121(d) of the Bankruptcy Code.

4. The Exclusive Solicitation Period is hereby extended through and including December 20, 2004, pursuant to section 1121(d) of the Bankruptcy Code.

5. The relief granted in this Order is without prejudice to the Debtors' right to seek further extensions of the Exclusive Filing Period and the Exclusive Solicitation Period.

Dated: September 29, 2004
Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE

RLF1-2788240-1