IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | : |
| | :    **Chapter 11** |
| **ONCO INVESTMENT COMPANY,** | : |
| a Delaware corporation, et al., | :    **Jointly Administered** |
| | :    **Case No. 04-10558 (RB)** |
| **Reorganized Debtors.** | : |
| | :    Re: Docket No. 2528 |

**ORDER ENTERING FINAL DECREE CLOSING
THE CHAPTER 11 CASE OF ONCO INVESTMENT COMPANY**

This matter coming before the Court on the Motion of ONCO Investment Company ("ONCO"), one of the above-captioned reorganized debtors (the "Debtors"), for an Order Entering Final Decree Closing Its Chapter 11 Case (the "Motion"); the Court (a) having reviewed the Motion and all pleadings relating thereto and (b) having heard the statements of counsel regarding the Motion at a hearing held before the Court (the "Hearing"); the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, Section XII.12 of the Plan and Paragraph 39 of the Confirmation Order; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and (c) notice of the Motion and the Hearing was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

3. The chapter 11 case of ONCO, Case No. 04-10558, is hereby closed pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022 and Local Rule 5009-1.

-2-

4. Notwithstanding the closure of ONCO's chapter 11 case, the Court expressly retains jurisdiction to: (a) enforce any of its orders issued in the Closed Cases and the case of ONCO; (b) enforce the terms and conditions of the Plan; and (c) consider any proper requests to reopen the case of ONCO under section 350(b) of the Bankruptcy Code.

5. The closure of ONCO's chapter 11 case shall not prejudice any rights of the plaintiffs in the M.W. Post Adversary in connection with their appeal of orders therein, including, without limitation, their appeal of the memorandum order of the District Court dismissing such appeals.

Dated: November 22, 2005
Wilmington, Delaware

THE HONORABLE RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE